JOHN KALMANSON, as Assignee of JOHN A. GOODWIN, Respondent, v. HELEN PAUL FIELD, Appellant.—Action for the reasonable value of legal services rendered to the defendant by plaintiff's assignor. Judgment for the plaintiff and order denying a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.